UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH BERNARD CAGE,<br><br>    Defendant. | CASE NO. CR06-432RBL<br><br>INITIAL ORDER RE:<br>ALLEGATIONS OF VIOLATION OF<br>CONDITIONS OF SUPERVISION |

THIS MATTER came before the Court on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant has been advised of the allegation. The court found probable cause with regard to the allegation and scheduled a hearing on the petition to be held before the **Honorable Ronald B. Leighton on March 2, 2012, at 2:30pm in Courtroom B.**

Upon a hearing on the detention issue, the Court ORDERED that the defendant

☐ Be released on an appearance bond, subject to the terms and conditions set forth thereon.

☒ Be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

INITIAL ORDER RE: ALLEGATIONS OF
VIOLATION OF CONDITIONS OF
SUPERVISION- 1

1 The clerks shall direct copies of this order to counsel for the United States, to counsel for
2 the defendant, the United States Marshal and to the United States Probation Office and/or
3 Pretrial Services Office.
4 Dated this 16 day of February, 2012.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

INITIAL ORDER RE: ALLEGATIONS OF
VIOLATION OF CONDITIONS OF
SUPERVISION- 2